# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THOMAS ARTHUR BOGGS, II,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security.

    Defendant.

Case No. EDCV 15-112 SJO (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

October 16, 2015.

DATE: _____

_____

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE